UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EXEGY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1780 RWS |
| | ) |
| PICO HOLDINGS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF TRANSFER

The parties request transfer of this case to the United States Bankruptcy Court for the District of Delaware, where defendant Hyperfeed's Chapter 7 bankruptcy proceeding is pending. For good cause shown, I find the motion should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to transfer venue [#17] is granted, and this case is transferred to the United States Bankruptcy Court for the District of Delaware.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2007.